An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA26-176

Filed 15 July 2026

Mecklenburg County, No. 23CR210689-590

STATE OF NORTH CAROLINA

v.

JOEY GIBBS, JR., Defendant.

Appeal by defendant from judgment entered 29 April 2025 by Judge Matthew J. Osman in Mecklenburg County Superior Court. Heard in the Court of Appeals 14 July 2026.

> *Attorney General Jeff Jackson, by Special Deputy Attorney General Wendy J. Lindberg, for the State.*

> *Jason R. Page, for defendant-appellant.*

PER CURIAM.

Defendant Joey Gibbs, Jr. appeals from his conviction for habitual driving while impaired. On appeal, Defendant's counsel filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Kinch*, 314 N.C. 99, 331 S.E.2d 665 (1985). In accordance with *Anders* and *Kinch*, counsel advised Defendant of his right to file his own arguments and provided him with a copy of the brief, transcript of

proceedings, printed record on appeal, and this Court's mailing address. Defendant has not filed any written arguments on his own behalf with this Court, and a reasonable time in which he could have done so has passed.

We have conducted a full examination of the Record in this case for any issues with arguable merit, including those counsel raises in Defendant's brief, as required by *Anders* and *Kinch*. We are unable to find any error, and we conclude that this appeal presents no issue that might entitle Defendant to relief from the judgment. Therefore, we affirm.

AFFIRMED.

Panel consisting of Judges COLLINS, CARPENTER, and FLOOD.

Report per Rule 30(e).